## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **AKOLOUTHEO, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO.: 4:18-cv-154** |
| **v.** | |
| **INTUIT INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

### JOINT MOTION FOR DISMISSAL

The plaintiff Akoloutheo, LLC ("Akoloutheo" or "Plaintiff"), and defendant Intuit Inc. ("Intuit" or "Defendant") – pursuant to Fed. R. Civ. P. 41(a)(1)(A) – hereby jointly move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses and attorney's fees.

June 20, 2018                    Respectfully Submitted,

By:  /s/ Kenneth Thomas Emanuelson
      Kenneth Thomas Emanuelson
      Texas Bar No. 24012591
      The Emanuelson Firm
      17304 Preston Road, Suite 800
      Dallas, Texas 75252
      [469] 363-5808
      ken@emanuelson.us

**ATTORNEY FOR PLAINTIFF**
**AKOLOUTHEO, LLC**

By:  /s/ Michael J. Sacksteder
      Michael J. Sacksteder
      CSB No. 191605 (Admitted E.D. Tex.)
      FENWICK & WEST LLP
      555 California Street, 12th Floor
      San Francisco, CA  94104

msacksteder@fenwick.com
Telephone:   415.875.2300
Facsimile:    415.281.1350

**ATTORNEYS FOR DEFENDANT
INTUIT INC.**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff and Defendant conferred regarding this joint motion, and that the parties agree to file this motion jointly, and agree to dismissing this matter in its entirety.

//s/ Kenneth Thomas Emanuelson
Kenneth Thomas Emanuelson

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.  As such, the foregoing was served on all counsel of record who have consented to electronic service.  Local Rule CV-5.  Pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 20th day of June, 2018.

//s/ Kenneth Thomas Emanuelson
Kenneth Thomas Emanuelson